UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT EMERT,

Plaintiff - Appellant,

v.

DAVID S. SCHULMAN; et al.,

Defendants - Appellees,

DOES, 1-20,

Defendant.

No. 26-901

D.C. No.
3:25-cv-03646-JO-BJW
Southern District of California,
San Diego

ORDER

Before: SCHROEDER, CHRISTEN, and COLLINS, Circuit Judges.

On Feburary 11, 2026, appellant filed a notice of appeal of the district court's February 4, 2026 judgment. However, on April 9, 2026, the district court granted in part appellant's motion for reconsideration and reopened the case to permit appellant to file an amended complaint. *See* 28 U.S.C. § 1291. This court therefore lacks jurisdiction and the appeal is dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

To date, appellant has not filed a notice of appeal from the final order of dismissal entered in the district court on June 10, 2026.

All pending motions are denied as moot.

**DISMISSED.**