UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT EMERT,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DAVID S. SCHULMAN; et al.,<br><br>Defendants - Appellees,<br><br>DOES, 1-20,<br><br>Defendant. | No. 26-901<br><br>D.C. No.<br>3:25-cv-03646-JO-BJW<br><br>Southern District of California,<br>San Diego<br><br>MANDATE |

The judgment of this Court, entered July 17, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT